LEWIS BRISBOIS BISGAARD & SMITH LLP
R. Gaylord Smith, SB# 72726
Heidi S. Inman, SB# 228079
550 West "C" Street, Suite 800
San Diego, California 92101
Telephone 619/233-1006
Facsimile 619/233-8627

Attorneys for Defendant,
MII LIQUIDATION, INC. f.k.a. METABOLIFE INTERNATIONAL, INC.,
THE CHEMINS COMPANY, INC.

FILED
06 SEP -1 AM 10: 44
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LYDIA REYNOSO, | CASE NO. 06-CV-937 |
| Plaintiff, | Hon. Barry T. Moskowitz |
| v. | Magistrate Judge Jan M. Adler |
| MII LIQUIDATION, INC. fka METABOLIFE INTERNATIONAL, INC., and THE CHEMINS COMPANY | **STIPULATION FOR DISMISSAL AND [proposed] ORDER THEREON** |
| Defendants. | |

Plaintiff Lydia Reynoso and Defendants MII Liquidation, Inc. f.k.a. Metabolife International, Inc. and The Chemins Company hereby stipulate that this action be dismissed with prejudice in its entirety, as the parties have settled the matter, pursuant to the confidential release agreement signed by and agreed to by the parties.

\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \
\ \ \

SO STIPULATED AND AGREED:

DATED: 7/10, 2006          LEWIS BRISBOIS BISGAARD & SMITH LLP

By: _____
R. Gaylord Smith
Heidi S. Inman
Attorneys for Defendant MII
LIQUIDATION, INC. f.k.a. METABOLIFE
INTERNATIONAL, INC. and THE
CHEMINS COMPANY, INC.

DATED: July 6, 2006          ANDREWS & THORNTON

By: _____
John C. Thornton
Attorneys for Plaintiff LYDIA REYNOSO

IT IS SO ORDERED. This action is dismissed with prejudice

Dated: 8/31/06          _____
Hon. Barry T. Moskowitz

Reynoso v. MII Liquidation, Inc. fka Metabolife International, Inc., et al.
U.S.D.C. Southern District of California Case No. 06-CV-937

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF SAN DIEGO

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action. My business address is 550 West "C" Street, Suite 800, San Diego, California 92101.

On August 17, 2006, I served the foregoing document described as **STIPULATION FOR DISMISSAL AND [proposed] ORDER THEREON** on all interested parties in this action by placing [X] a true copy [ ] the original thereof enclosed in sealed envelopes addressed as follows:

John C. Thornton
ANDREWS & THORNTON
820 N. Parton, Second Floor
Santa Ana, CA 92701

Attorney for Plaintiff LYDIA REYNOSO

[X]   (BY MAIL, 1013a, 2015.5 C.C.P.) I am readily familiar with the firm's practice for collection and processing correspondence for mailing. Under that practice, this document will be deposited with the U.S. Postal Service on this date with postage thereon fully prepaid at San Diego, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ]   (BY PERSONAL SERVICE) I caused the foregoing envelope to be delivered by hand to the offices of the addressee.

[X]   (FEDERAL) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on August 17, 2006, at San Diego, California.

*Elaine A. Lallana* (signature)
Elaine A. Lallana